In The 



Court of Appeals



Ninth District of Texas at Beaumont



________________



NO. 09-09-00065-CV


 _____________________



IN RE BELLUR & MOBLEY, LLC






Original Proceeding







MEMORANDUM OPINION

 Seeking to compel the trial court to vacate its order dissolving a distress warrant,
Bellur & Mobley, LLC filed a petition for writ of mandamus in this Court. See Tex. R. App.
P. 52. We requested a reply from the real party in interest, Wilberto Cortes. On March 27,
2009, relator notified the Court that it no longer requests mandamus relief. Accordingly, we
dismiss this original proceeding without reference to the merits.

 PETITION DISMISSED.

 PER CURIAM

Opinion Delivered April 9, 2009

Before McKeithen, C.J., Gaultney and Kreger, JJ.